UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HEIDI SNIDER, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00495-JMS-TAB |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, and JPMORGAN CHASE BANK, N.A., | ) ) ) |
| | ) |
| *Defendants*. | ) |

**ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by counsel, having filed its Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court being otherwise duly advised, now finds that the Motion is reasonable and should be granted.

IT IS, THEREFORE, ORDERED that Defendant JPMorgan Chase Bank, N.A.'s Second Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby granted, allowing Chase an extension of fourteen (14) days, through and including May 19, 2020, to file its responsive pleading.

Date: 5/5/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all counsel of record via email generated by the Court's ECF system.